# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:05CR303-10 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | |
| | ) | **O R D E R** |
| Jimmie Dunbar | ) | |
| Defendant. | ) | |

This matter was heard on July 11, 2008, upon the request of the probation office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Upon consideration of statements of counsel, the Court finds that the terms of defendant's supervised release have been violated as follows:

1) Defendant failed to return to Oriana House on June 17, 2008.

Further, the court adopts the report and recommendation of Magistrate Judge Limbert as it's own and therefore, sentences defendant to a Community Corrections Facility for a period of 90 days. The court recommends placement at Y Haven at 6001 Woodland Avenue, Cleveland, Ohio (216)431-2018 or at Orianna House if Y Haven will

not accept defendant. Failure to complete the 90 day program will result in a prison term of not less than 12 months and supervision would then be terminated.

Defendant's term of supervised release shall resume

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.

Date: July 11, 2008        S/John R. Adams
                           JOHN R. ADAMS
                           UNITED STATES DISTRICT JUDGE